IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV594-01-MU

WILLIAM ARTHUR BROWN, )
)
    Petitioner, )
)
v. ) **O R D E R**
)
UNITED STATES OF AMERICA, )
)
    Respondent. )
_____ )

**THIS MATTER** comes before the Court upon Petitioner's Motions for Reconsideration, filed December 11, 2006, and December 12, 2006.

On November 13, 2006, Petitioner filed a Motion for Preparation of Transcripts. For the reasons set forth in this Court's November 30, 2006, Order, this Court denied Petitioner's motion. Petitioner, through his present motions, requests that this Court reconsider its denial. Petitioner, however, continues to provide no basis for his need for these transcripts.

**THEREFORE, IT IS HEREBY ORDERED** that the Defendant's Motions for Reconsideration is **DENIED**.

Signed: April 3, 2007

Graham C. Mullen
United States District Judge